as Executor, etc., of Christian Striffler, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements to each respondent. No opinion. Order filed.

Frederick Y. Dalziel, Appellant, v. Press Publishing Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Annie M. Shepherd, Respondent, v. Walter S. Shepherd, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Knickerbocker Trust Company and William B. Randall, as Trustees, Respondents, v. O'Rourke Engineering Construction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Motion dismissed. Order filed.

In the Matter of the Estate of Matthew Byrnes, Deceased. Joseph C. L. Byrnes, Appellant; United States Mortgage and Trust Company, as Substituted Trustee under the Will of Matthew Byrnes, Deceased, Respondent.— Order affirmed with ten dollars costs and disbursements. No opinion. Order filed.

Richard F. Outcault, Appellant, v. Victor W. Cupples and Arthur T. Leon, Copartners, Doing Business under the Firm Name and Style of " Cupples & Leon," Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Mary D. Daly and Others, as Executors, etc., of Augustin Daly, Deceased, Appellants, v. Gus Hill, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Application of Charles Mayer, Appellant, for a Peremptory Writ of Mandamus against The Northern Union Gas Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Louis L. Seaman, Respondent, v. John E. Milholland, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Caroline Baldwin, Respondent, v. Samuel S. Baldwin, Appellant.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Order filed.

Eleanor Rawles Reader, Appellant, v. James B. Haggin, Respondent. (Nos. 1 & 2.)—Orders affirmed, with ten dollars costs and disbursements. No opinion. Orders filed.

Athole B. Reader, Appellant, v. James B. Haggin, Respondent. (Nos. 1 & 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Orders filed.

Ruby Helen Blake, Respondent, v. Ernest Linwood Blake, Appellant.— Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Order filed.

In the Matter of the Application of Aaron E. Katz, Appellant, for a Writ of Peremptory Mandamus against Peter J. Dooling, Clerk of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.